UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ROBERT STEWART,

                Plaintiff,

   v.

BERNARD WARNER, DON HOLBROOK, V. HOLENVINSKI, R. SHERMAN, B. BRAID,

                Defendants.

No. C15-5243 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)     The Court adopts the Report and Recommendation.

(2)     Defendants' Motion for Summary Judgment (Dkt. 24) is **GRANTED and** Plaintiff's claims against Defendants are **Dismissed with Prejudice.**

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 21st day of March, 2016.

                              Ronald B. Leighton
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1